UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

FABIAN MEDINA,

Defendant.

CASE NO. CR25-213-JNW

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with conspiracy to distribute controlled substances, conspiracy to deal firearms without a license and distribution of controlled substances. Two of the counts carry a mandatory minimum sentence of five years of imprisonment. Defendant appears to be a citizen of Mexico as he had a passport issued by that country upon arrest. Although the superseding indictment was returned in November 2025, Defendant was not arrested until May 2026 and the pretrial report indicated he had avoided arrest as a fugitive. The Court received no verified

DETENTION ORDER - 1

information about Defendant's residence, ties to the community or health and Defendant made no argument for release.

The Court finds Defendant has failed to overcome the rebuttable presumption that he is a danger to the community and a flight risk.

It is therefore **ORDERED**:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4)    The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 7th day of May, 2026.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2