The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>FABIAN MORALES MEDINA,<br><br>Defendant. | NO. CR25-213-JNW<br><br>[~~Proposed~~]<br><br>**ORDER CONTINUING TRIAL** |

The Court has considered the parties' Stipulated Motion to Continue Trial, which requests a continuance of the trial date to January 19, 2027, and the pretrial motions deadline to October 19, 2026, i.e., the trial date and motions due date currently set for all other co-defendants in this matter.

THE COURT FINDS that the failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that this case is complex, as it arises from a year-long investigation and there are multiple defendants charged in this, and the related matters, and there is a significant volume of discovery that is in the process of being produced and is to be produced. Therefore, it is unreasonable to expect the parties to

Order Continuing Trial Date - 1
*United States v. Morales Medina,* CR25-213-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

adequately prepare, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), for pretrial proceedings or the trial itself as currently set. Specifically, the parties' briefing reflects the extensive discovery in this matter which includes DEA reports relating to the investigation and searches conducted on October 28, 2025, DEA Laboratory Reports relating to forensic testing of controlled substances, reports relating to the tracing of firearms, reports relating to friction ridge (fingerprint) analyses, U.S. Postal Inspection Service reports, legal process obtained in the investigation (e.g., state and federal search warrants and PR/TT orders), surveillance photos, videos, and audio recordings relating to controlled buys and other enforcement operations, photos and videos relating to the execution of the October 28, 2025, searches, GPS tracking data for vehicles and phones, and body worn camera video.

The government is also in possession of numerous cell phone extractions, video from multiple pole cameras, and reports and materials generated by agencies other than DEA that have been involved in the investigation, which will be provided to defense in future productions, or otherwise made available for defense review at the United States Attorney's Office in Seattle, Washington.

Given the scope and complexity of the underlying investigation, this case may also raise novel questions of law and fact.

To assist defense counsel with this voluminous discovery, the Court has appointed Russell M. Aoki to serve as a Coordinating Discovery Attorney.

THE COURT FURTHER FINDS that the failure to grant a continuance of the trial date and pretrial motions deadline would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FINDS, therefore, pursuant to 18 U.S.C. §§ 3161(h)(6) and 3161(h)(7), the ends of justice will best be served by a continuance, and that they outweigh the interest of the public and the defendant in a speedy trial.

Order Continuing Trial Date - 2
*United States v. Morales Medina,* CR25-213-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date, as to Mr. Morales Medina, will be continued until January 19, 2027, at 9:00 a.m.

IT IS FURTHER ORDERED that pretrial motions will be filed no later than October 19, 2026.

IT IS ORDERED.

DATED this 20th day of May, 2026.

Jamal N. Whitehead
United States District Judge

Presented by:

s/ Joseph C. Silvio
JOSEPH C. SILVIO
C. ANDREW COLASURDO
Assistant United States Attorneys

s/ Nicholas Vitek
NICHOLAS VITEK
Counsel for Fabian Morales Medina

Order Continuing Trial Date - 3
*United States v. Morales Medina,* CR25-213-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970